IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STANLEY L. HILL,

    Plaintiff,

v.                              Civil Action No. 3:17CV620

DR. JOHNSON, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 25, 2017, the Court conditionally docketed Stanley L. Hill's civil action. On October 3, 2017, the United States Postal Service returned the September 25, 2017 Memorandum Order marked, "RETURN TO SENDER" and "INMATE NO LONGER," presumably, in the facility. Since that date, Hill has not contacted the Court to provide a current address. Hill's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Hill.

                                      /s/      REP
                                Robert E. Payne
Date: October 13, 2017      Senior United States District Judge
Richmond, Virginia